IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 1 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SWANBERG FARMS | § | |
| | § | |
| VS. | § | ADVERSARY NO. 02-07012 |
| | § | |
| CHUCK CROWLEY d/b/a | § | |
| GEO. D. BENNETT | § | |

# ORDER

On this the 10th day of May 2004, this court held a status conference with the parties in the above-referenced adversary case. As a result of this hearing, this court orders as follows:

1. The reference to the bankruptcy court in Adversary No. 02-07012 is hereby withdrawn and the matter will be heard by this court. Its new cause number will be C.A. B-04-083. All pleadings from this date forward should be filed with the Clerk's office in Brownsville using this cause number.

2. The case is set for final pretrial on June 1, 2004, at 2:00 p.m. and for jury selection at 9:00 a.m. on June 3, 2004. Counsel will conduct the voir dire. Each party is to receive 30 minutes to conduct its questioning of the panel. A six (6) person jury will be impaneled.

3. Attorney for Chuck Crowley and for the Trustee need not attend trial.

4. Parties are to exchange exhibits by May 25, 2004. Objections to same will be heard on June 1, 2002.

5. All parties have until May 17, 2004, to supplement their parties Motions for Summary Judgment and responses thereto.

6. The actual presentation of evidence shall begin on June 14, 2004.

Signed this 10th day of May, 2004.

Honorable Andrew S. Hanen
United States District Judge