THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**PRETRIAL CONFERENCE**

United States District Court
Southern District of Texas
FILED

MAY 10 2004

Michael N. Milby
Clerk of Court

DATE & TIME: 5/10/04 @ 1:30 - 2:05 p.m.

| | |
|---|---|
| SWANBERG FARMS, | § |
| | § |
| VS | § ADVERSARY NO. 02-07012 |
| | § |
| CHUCK CROWLEY d/b/a | § |
| GEO D. BENNETT | § |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket.  Rex Leach appeared for Swanberg Farms, Derrick, Hollis and Sheri Swanberg.  Lisa Nichols appeared for Chapter 7 Trustee for Geo D. Bennett & Co. Inc.   Jerry Stapleton and Shelby Jordan appeared for Alazan Gin.  Brandon Hall appeared for Chuck Crowley.  Marshall Ray and Elizabeth Christ appeared fro Wells Fargo.  All parties announced present and ready.

Court hereby withdraws the reference and this matter will be handled by this Court and will enter an Order.  A new case number will be assigned.

Ms. Nichols and Mr. Hall are excused from attendance at the trial.

Case is set for Final Pretrial on 6/1/04 @ 1:30 p.m.  Jury Selection is set for 6/3/04 @ 9:00 a.m.  Counsel will do voir dire.  Jury to consist of 6 members.  ETT-5days.  Trial is set to begin on 6/14/04 @ 9:00 a.m.

Exhibits are to be exchanged by 5/26/04.

Any supplemental Motions for Summary Judgment to be done by next.

Court is adjourned.