IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 17 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SWANBERG FARMS | § | C.A. B-04-083 |
| | § | |
| VS. | § | (Adversary |
| | § | No. 02-07012) |
| CHUCK CROWLEY, d/b/a | § | |
| GEORGE D. BENNETT & CO., INC. | § | A JURY IS DEMANDED |
| | § | |

# MOTION FOR EXPEDITED HEARING ON

### OBJECTION OF ALAZAN GIN CO. TO JOINT PRETRIAL STATEMENT FILED BY WELLS FARGO BANK TEXAS, N.A. AND SWANBERG FARMS, A PARTNERSHIP, DERRICK R. SWANBERG, HOLLIS C. SWANBERG, AND SHERI MARIE SWANBERG AND REQUEST FOR SANCTIONS UNDER RULE 16(B), FED.R.CIV.P.

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **ALAZAN GIN CO.**, (hereinafter referred to as "Alazan"), a Defendant, Cross-Defendant, Counter-Plaintiff and Cross-Plaintiff in the above-entitled and numbered cause, and files this Motion for Expedited Hearing on its Objection to the Joint Pretrial Statement filed by Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg and Request for Sanctions, and in support thereof would show the Court as follows:

1. This case is set for final pretrial on June 1, 2004 at 2:00 p.m. Trial will begin on June 14, 2004.

2. Alazan requests that this Court set a hearing on an expedited basis on its Objection to the Joint Pretrial Statement filed by Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg and

1

Request for Sanctions for the same day and time.

3. An expedite hearing is necessary because trial is scheduled to begin on June 14, 2004.

WHEREFORE, Alazan prays that this Court grant the relief requested, and set a hearing on an expedited basis for June 1, 2004 at 2:00 p.m. and for such other and further relief to which it may be justly entitled, both at law and equity.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Adm. No. 2195

*Jordan, Hyden, Womble & Culbreth*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555
ATTORNEY FOR DEFENDANT,
ALAZAN GIN CO.

## CERTIFICATE OF CONFERENCE

On May 14, 2004 I notified the following counsel for Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg of the objection to Pretrial Statement filed by Alazan Gin, and they will oppose the relief requested. A hearing will be necessary.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725

Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243

Shelby A. Jordan

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served by facsimile on the following parties on this the 14th day of May, 2004.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
**Via Fax: (956) 686-6109**


Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243
**Via Fax: (956) 542-3698**

Shelby A. Jordan