IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 17 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SWANBERG FARMS | § | C.A. B-04-083 |
| | § | |
| VS. | § | (Adversary |
| | § | No. 02-07012) |
| CHUCK CROWLEY, d/b/a | § | |
| GEORGE D. BENNETT & CO., INC. | § | A JURY IS DEMANDED |
| | § | |

**OBJECTION OF ALAZAN GIN CO. TO JOINT PRETRIAL STATEMENT
FILED BY WELLS FARGO BANK TEXAS, N.A. AND
SWANBERG FARMS, A PARTNERSHIP, DERRICK R. SWANBERG,
HOLLIS C. SWANBERG, AND SHERI MARIE SWANBERG
AND
<u>REQUEST FOR SANCTIONS UNDER RULE 16(B), FED.R.CIV.P.</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **ALAZAN GIN CO.**, (hereinafter referred to as "Alazan"), a Defendant, Cross-Defendant, Counter-Plaintiff and Cross-Plaintiff in the above-entitled and numbered cause, and files this Objection to the Joint Pretrial Statement filed by Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg and Request for Sanctions, and in support thereof would show the Court as follows:

1.   On or about April 15, 2004 a Joint Pretrial Statement was filed by Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg and Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo D. Bennett & Co. (the "Joint Pretrial Statement").

2.   The Joint Pretrial Statement provided a list of witnesses to be called at trial by "Plaintiff" (Wells Fargo Bank) and "Defendant Swanberg." The witness list contained only

1

names, addresses and phone numbers.

3. Rule 7016 of the Local Rules of the United States Bankruptcy Court and Rule 6 of the Local Rules of the United States District Court provides as follows:

> "Witnesses.
> Each party should list the names and addresses of all witnesses expected to be called during trial *with a brief statement of the facts expected to be provided by each witness*. [Emphasis added]
> . . .
> Failure to provide any of this information shall result in counsel's inability to call or examine for testimony at trial."
> . . .
> Failure to obey this Order will result in sanction being imposed under Rule 16(b), Fed.R.Civ.P."

### Relief Requested

4. Alazan requests that this Court impose sanctions as provided under Rule 16(b), Fed.R.Civ.P., and strike all witnesses designated by Wells Fargo Bank Texas, N.A., Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg and Sheri Marie Swanberg.

WHEREFORE, Alazan prays that this Court grant the relief requested, and for such other and further relief to which it may be justly entitled, both at law and equity.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Adm. No. 2195
*Jordan, Hyden, Womble & Culbreth*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555
ATTORNEY FOR DEFENDANT,
ALAZAN GIN CO.

## CERTIFICATE OF CONFERENCE

On May 14, 2004 I notified the following counsel for Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg of the objection to Pretrial Statement filed by Alazan Gin, and they will oppose the relief requested. A hearing will be necessary.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725


Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243

_____
Shelby A. Jordan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by First Class United States Mail, postage prepaid, on this the ___ day of May, 2004.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
**Via Fax: (956) 686-6109**


Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243
**Via Fax: (956) 542-3698**

_____
Shelby A. Jordan