IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A., SWANBERG FARMS, a partnership, DERRICK R. SWANBERG, HOLLIS C. SWANBERG, and SHERI MARIE SWANBERG<br>Plaintiffs,<br><br>v.<br><br>ALAZAN GIN CO.<br>Defendant. | §§§§§§§§§§§ CIVIL NO. B-04-083 |

## ORDER

Defendant Alazan Gin Co. ("Alazan") filed an objection to the joint pretrial statement filed by Plaintiffs Wells Fargo Bank Texas, N.A., Swanberg Farms, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg (collectively "Plaintiffs"), objecting to the failure to include a brief statement of the facts expected to be provided by each witness listed on the witness list. Alazan also filed a motion for a hearing on same. The Court **OVERRULES** Alazan's objection and **DENIES** Alazan's motion for a hearing. The Court **ORDERS** Plaintiffs to supplement the information furnished for each witness listed on their witness list with a statement similar to that provided in Alazan's submitted witness list and to provide such to Alazan no later than May 28, 2004.

Signed in Brownsville, Texas, this 18th day of May, 2004.

Andrew S. Hanen
United States District Judge