IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 27 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| SWANBERG FARMS, A Partnership, § | | |
| DERRICK R. SWANBERG, § | | |
| HOLLIS C. SWANBERG, § | | |
| SHERI MARIE SWANBERG, § | C.A.B.-04-083 | |
| ALAZAN GIN CO., § | | |
| JOHNSTON COTTON CO., INC. § | | |
| T.J. BEALL COMPANY, § | | |
| HOHENBERG BROS. COMPANY AND § | | |
| LISA J. NICHOLS, AS TRUSTEE FOR § | | |
| THE BANKRUPTCY ESTATE OF § | | |
| GEO. D. BENNETT & CO., INC. § | | |

### SUPPLEMENTAL JOINT PRETRIAL STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WELLS FARGO BANK TEXAS, N.A., Plaintiff, and pursuant to the Court's request files this Supplemental Joint Pretrial Statement to Section X. Witnesses:

### WITNESSES

The parties may call any of the following witnesses at the time of trial:

PLAINTIFF'S WITNESSES

1.  Raymond Cisneros
    Wells Fargo Bank Texas, N.A.
    835 E. Levee
    Brownsville, Texas 78520
    (956) 548-6228

    Mr. Cisneros is expected to testify about bank procedures in agricultural lending. Mr. Cisneros is also expected to testify about the underlying loans and the facts and

1

circumstances surrounding this litigation.

2.  Brad Buchanan
    Texas State Bank
    629 E. Elizabeth
    Brownsville, Texas 78520
    (956) 547-3800

Mr. Buchanan is expected to testify about bank procedures in agricultural lending. Mr. Buchanan is also expected to testify about the underlying loans and the facts and events which resulted in this litigation.

3.  Hollis Swanberg
    Rt. 2, Box 295-C
    Lyford, Texas 78569
    (956) 743-5677

Defendant Hollis Swanberg is expected to testify about farming cotton, ginning contracts, agricultural loans, and the facts and events which resulted in this litigation.

4.  Derrick Swanberg
    Route 1, Box 130
    Lyford, Texas 78569
    9956) 743-5677

Defendant Derrick Swanberg is expected to testify about farming cotton, ginning contracts, agricultural loans, and the facts and events which resulted in this litigation.

5.  Carroll D. "Stormy" Stone
    Route 1, Box 270
    Raymondville, Texas 78580
    (956) 248-5731

Mr. Carroll Stone is expected to testify about the ginning business. Mr. Carroll Stone is also expected to testify about gin and farmer agreements as well as Defendant Alazan's agreement with Plains Cotton Cooperative. Mr. Stone is further expected to testify about the facts and events which resulted in this litigation.

6.  Reagan Stone
    Route 1, Box 270
    Raymondville, Texas 78580
    (956) 248-5731

Mr. Reagan Stone is expected to testify about his knowledge of the ginning business. Mr. Reagan Stone is also expected to testify about his knowledge of gin/farmer agreements as well as Defendant Alazan's agreement with Plains Cotton Cooperative. Mr. Stone is further expected to testify about the facts and events which resulted in this litigation.

7.  Gary White, Manager of Willamar Gin Company, Inc.
    Willamar Gin Company, Inc.
    Route 1, Box 270
    Raymondville, Texas 78580
    (956) 248-5731

Mr. White is expected to testify about the ginning business. Mr. White is expected to testify about the facts and events which resulted in this litigation.

8.  Frances Rodriguez
    Rt. 1, Box 270
    Raymondville, Texas 78580
    (956) 248-5731

Mrs. Rodriguez is expected to testify about the ginning business. She is also expected to testify about the facts and events which resulted in this litigation.

9.  Marshall R. Ray
    Attorney at Law
    Ransome & Ray, P.C.
    550 E. Levee St.
    Brownsville, Texas 78520
    (956) 542-3642

Mr. Ray will testify as an expert regarding Plaintiff's attorney's fees claims.

10. Horacio Barrera
    Attorney at Law
    Martinez, Barrera, & Martinez, L.L.P.
    1201 East Van Buren
    Brownsville, Texas 78520
    (956) 546-7159

Mr. Barrera will testify as an expert on reasonable attorney's fees for Plaintiff's claims.

11. Steve Marshall

        LYFORD GIN ASSOCIATION
P. O. Box 70
Lyford, Texas 78569
(956) 347-3541

Mr. Marshall is expected to testify about the cotton farming and cotton ginning business. Mr. Marshall is further expected to testify about practices and procedures in the cotton farming and cotton ginning businesses and the customs, standards, and obligations of gins.

12.    Lynda Marshall
        LYFORD GIN ASSOCIATION
        P. O. Box 70
        Lyford, Texas 78569
        (956) 347-3541

Mrs. Marshall is expected to testify about the cotton farming business. Mrs. Marshall is further expected to testify about practices and procedures in the cotton farming and cotton ginning businesses and the customs, standards, and obligations of gins.

13.    Bonnie Cherrington
        BROWNSVILLE CO-OP
        4 Miles North Paredes Line Road
        Los Fresnos, Texas
        (956) 233-6611

Ms. Cherrington is expected to testify about marketing cotton in the Rio Grande Valley. Ms. Cherrington is further expected to testify about practices and procedures in the cotton farming and cotton ginning businesses and the customs, standards, and obligations of gins.

## PLAINTIFF'S WITNESSES OFFERED BY DEPOSITION TRANSCRIPT

1.    David Stanford
        Plains Cotton Cooperative Association
        P.O. Box 2827
        Lubbock, Texas 79408
        800-333-8011

Mr. Stanford is expected to testify about electronic warehouse receipts and the customs and standards prevailing in the cotton industry.

2.    Joe Tubb

>Plains Cotton Cooperative Association
>P.O. Box 2827
>Lubbock, Texas 79408
>800-333-8011

Mr. Tubb is expected to testify about the usage of electronic warehouse receipts. Mr. Tubb is also expected to testify about the facts and events which resulted in this litigation and the customs and standards prevailing in the cotton industry.

3.  Robert David Fields
    % GULF COMPRESS CO.
    P. O. Box 459
    Raymondville, Texas 78580
    (956) 689-2728

Mr. Fields is expected to testify about the business of warehousing cotton. Mr. Fields is also expected to testify about the facts and events which resulted in this litigation and the customs and standards prevailing in the cotton industry.

## DEFENDANT SWANBERG'S ADDITIONAL WITNESSES

1.  Charles W. "Chuck" Crowley
    301 West Washington
    Harlingen, Texas
    (956) 425-4341

Mr. Crowley is expected to testify about Geo. Bennett & Co. and its relationship with Defendant Alazan and Swanberg Farms. Mr. Crowley is expected to testify about the facts and circumstances surrounding this lawsuit.

2.  Bruce Coker
    TEXAS STATE BANK
    116 East Hidalgo
    Raymondville, Texas 78589
    (956) 689-2131

Mr. Coker is a banker in Raymondville, Texas. He is familiar with certain procedures from a banking standpoint which relate to the clearing and release of electronic warehouse receipts as they relate to cotton. Based on his experience and training as a banker and his present banking operations, it is expected that Mr. Coker may testify that there are commercially reasonable banking procedures and methods which may be utilized, and are utilized, to assure the payment for cotton prior to the release of electronic

warehouse receipts, thereby protecting the interests of the cotton producer.

3. Tommie Rains
   4 Mile, East Highway 186
   Raymondville, Texas
   (956) 689-3199

Mr. Rains is expected to testify about farming business and his experience in marketing cotton.

4. Rita Shriver
   LA FERIA GIN CO-OP
   (956) 423-9678

Mrs. Shriver is expected to testify about marketing cotton in the Rio Grande Valley.

5. Clifton Smith
   Lyford, Texas
   (956) 607-3497

Mr. Smith is expected to testify about the farming business and his experience in marketing cotton.

6. Lillian Smith Dehnisch
   18669 FM 630
   Mathis, Texas 78368
   (361) 547-2563

Mrs. Dehnisch is expected to testify about marketing cotton in the Rio Grande Valley.

7. Ruby McCarron
   MAY STAFFORD ESTATE
   647 South 3rd
   Raymondville, Texas

Mr. McCarron was a landlord of Swanberg Farms. He is expected to testify about his cotton that was marketed by Defendant Alazan in 1998.

8. Ofelia Hinojosa
   Route 2
   Lyford, Texas
   (956) 743-5696

6

Mrs. Hinojosa was a landlord of Swanberg Farms. She is expected to testify about her cotton which was marketed by Defendant Alazan in 1998.

DEFENDANT SWANBERG'S ADDITIONAL WITNESSES OFFERED BY DEPOSITION

1.  Robert David Fields
    % GULF COMPRESS CO.
    P. O. Box 459
    Raymondville, Texas 78580
    (956) 689-2728

Mr. Fields is expected to testify about the business of warehousing cotton. Mr. Fields is also expected to testify about the facts and circumstances surrounding this lawsuit.

Respectfully Submitted,

**RANSOME & RAY, P.C.**
550 E. Levee St.
Brownsville, Texas 78520
Telephone: (956) 542-3642
Fax: (956) 542-3608

By: *[signature]*
Marshall R. Ray
State Bar No. 16606100
Federal Bar No. 1441
Elizabeth Guerrero Christ
State Bar No. 24032376
Federal Bar No. 31185
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, Elizabeth Guerrero Christ, hereby certify that on May 27, 2004, a true and correct copy of the foregoing *Plaintiff's Supplemental Joint Pretrial Statement* was sent to the following:

| | |
|---|---|
| Rex Leach<br>ATLAS & HALL, L.L.P.<br>P.O. Box 3725<br>McAllen, Texas 78502 | **Via CM/RRR#70022030000033455954** |
| Harlin Womble<br>Jordan, Hyden, Womble & Culbreth<br>500 North Shoreline Blvd., Suite 900<br>Corpus Christi, Texas 78471 | **Via CM/RRR#70022030000033455961**<br>**Via Fax: (361) 888-5555** |
| Jerry Stapleton<br>Stapleton, Curtis & Boswell<br>P.O. Box 2644<br>Harlingen, Texas 78502 | **Via CM/RRR#70022030000033455978** |
| Lisa J. Nichols, Trustee<br>10637 Leopard Street<br>Corpus Christi, Texas 78410 | **Via Regular Mail** |
| John Kurt Stephen<br>Cardenas, Whitis, & Stephen<br>100 S. Bicentennial Blvd.<br>McAllen, Texas 78501 | **Via Regular Mail** |
| Brendan Hall<br>P.O. Box 2725<br>Harlingen, Texas 78551 | **Via Regular Mail** |

Elizabeth Guerrero Christ