IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. § § | |
| VS. § § | |
| SWANBERG FARMS, A Partnership, § DERRICK R. SWANBERG, § HOLLIS C. SWANBERG, § SHERI MARIE SWANBERG, § ALAZAN GIN CO., § JOHNSTON COTTON CO., INC. § T.J. BEALL COMPANY, § HOHENBERG BROS. COMPANY AND § LISA J. NICHOLS, AS TRUSTEE FOR § THE BANKRUPTCY ESTATE OF § GEO. D. BENNETT & CO., INC. § | CIVIL ACTION NO. B-04-083 |

### SWANBERG DEFENDANTS' AMENDED LIST OF TRIAL WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **SWANBERG FARMS, A PARTNERSHIP, DERRICK R. SWANBERG, HOLLIS C. SWANBERG, and SHERI MARIE SWANBERG**, and file this their amended list of trial witnesses as follows:

1. Brad Buchanan
   TEXAS STATE BANK
   629 E. Elizabeth
   Brownsville, Texas 78520
   (956) 547-3800
   Formerly with Mercantile Bank. Has knowledge of transactions between Bank and Swanbergs. See also his deposition taken herein.

2. Hollis Swanberg
   SWANBERG FARMS
   Rt. 2, Box 295-C
   Lyford, Texas 78569
   (956) 743-5677
   Defendant and has knowledge of the incident made the basis of this lawsuit. See

1

also, his deposition taken herein.

3. Derrick Swanberg
SWANBERG FARMS
Route 1, Box 130
Lyford, Texas 78569
(956) 743-5677
Defendant and has knowledge of the incident made the basis of this lawsuit.
See also his deposition taken herein.

4. Carroll D. "Stormy" Stone
Route 1, Box 270
Raymondville, Texas 78580
(956) 248-5731
Vice President/Secretary - Alazan Gin Co., Inc.
President/Secretary - Willamar Gin Co., Inc.
See also his deposition taken herein.

5. Reagan Stone
Route 1, Box 270
Raymondville, Texas 78580
(956) 248-5731
President/Treasurer - Alazan Gin Co., Inc.
Vice President - Willamar Gin Co., Inc.
See also his deposition taken herein.

6. Gary White
WILLAMAR GIN COMPANY, INC.
Route 1, Box 270
Raymondville, Texas 78580
(956) 248-5731
Manager of Willamar Gin Company, Inc.
See also his deposition taken herein.

7. Frances Rodriguez
Rt. 1, Box 270
Raymondville, Texas 78580
(956) 248-5731
Bookkeeper of Alazan Gin and Willamar Gin
See also her deposition taken herein.

8.  Marshall R. Ray
    RANSOME & RAY, P.C.
    550 E. Levee St.
    Brownsville, Texas 78520
    (956) 542-3642
    Attorney for Plaintiff Wells Fargo Bank Texas, N. A.

9.  Horacio Barrera
    Attorney at Law
    MARTINEZ, BARRERA, & MARTINEZ, L.L.P.
    1201 East Van Buren
    Brownsville, Texas 78520
    (956) 546-7159
    Has knowledge of reasonable attorneys fees.

10. Steve Marshall
    LYFORD GIN ASSOCIATION
    P. O. Box 70
    Lyford, Texas 78569
    (956) 347-3541
    Mr. Marshall operates the cotton gin in Lyford, Texas. He is familiar with the methods and practices in the cotton business, including those that relate to the transfer of warehouse receipts, including electronic warehouse receipts. Based on his experience in the cotton business, it is expected that he may testify, that there are commercially reasonable methods, which are currently available and in use and were available and in use in 1998, by which payment for cotton can be assured prior to release of warehouse receipts, thereby protecting the interests of the cotton producers.

11. Lynda Marshall
    LYFORD GIN ASSOCIATION
    P. O. Box 70
    Lyford, Texas 78569
    (956) 347-3541
    Ms. Marshall operates the cotton gin in Lyford, Texas. She is familiar with the methods and practices in the cotton business, including those that relate to the transfer of warehouse receipts, including electronic warehouse receipts. Based on her experience in the cotton business, it is expected that she may testify, that there are commercially reasonable methods, which are currently available and in use and were available and in use in 1998, by which payment for cotton can be assured prior to release of warehouse receipts, thereby protecting the interests of the cotton producers.

12. Bonnie Cherrington
    BROWNSVILLE CO-OP
    4 Miles North Paredes Line Road
    Los Fresnos, Texas
    (956) 233-6611
    Ms. Cherrington has experience marketing cotton in the Rio Grande Valley since 1985.

13. David Stanford - **BY DEPOSITION TRANSCRIPT**
    PLAINS COTTON COOPERATIVE ASSOCIATION
    P.O. Box 2827
    Lubbock, Texas 79408
    800-333-8011
    Mr. Stanford is believed to be the Vice-President of Marketing Plains Cotton Cooperative Association and is expected to testify about electronic warehouse receipts and procedures available and used in the industry to protect all parties in cotton transactions. Based on his experience, it is expected that he will testify about commercially reasonable methods used in connection with cotton transfers.

14. Joe Tubb - **BY DEPOSITION TRANSCRIPT**
    PLAINS COTTON COOPERATIVE ASSOCIATION
    P.O. Box 2827
    Lubbock, Texas 79408
    800-333-8011
    Mr. Tubb is Vice-President of Operations for Plains Cotton Cooperative Association. He is expected to testify about procedure used to transfer cotton in the cotton industry and as to the actual transfers of the Swanberg cotton.

15. Robert David Fields - **BY DEPOSITION TRANSCRIPT**
    % GULF COMPRESS CO.
    P. O. Box 459
    Raymondville, Texas 78580
    (956) 689-2728
    Employee of cotton warehouse where Swanbergs' cotton was stored.

16. Charles W. "Chuck" Crowley
    301 West Washington
    Harlingen, Texas
    (956) 425-4341
    President of Geo. D. Bennett & Co., Inc.

17. Bruce Coker
    TEXAS STATE BANK
    116 East Hidalgo
    Raymondville, Texas 78589
    (956) 689-2131
    Mr. Coker is a banker in Raymondville, Texas. He is familiar with certain procedures from a banking standpoint which relate to the clearing and release of electronic warehouse receipts as they relate to cotton. Based on his experience and training as a banker and his present banking operations, it is expected that Mr. Coker may testify that there are commercially reasonable banking procedures and methods which may be utilized, and are utilized, to assure the payment for cotton prior to the release of electronic warehouse receipts, thereby protecting the interests of the cotton producers. It is further expected that the method currently in use would have been available to be used in 1998.

18. Tommie Rains
    4 Mile, East Highway 186
    Raymondville, Texas
    (956) 689-3199
    Mr. Rains is a farmer in the Raymondville/Lyford area with experience in marketing cotton.

19. Rita Shriver
    LA FERIA GIN CO-OP
    (956) 423-9678
    Mrs. Shriver has experience in marketing cotton in the Rio Grande Valley.

20. Clifton Smith
    Lyford, Texas
    (956) 607-3497
    Mr. Smith is a farmer in the Lyford/Raymondville area with experience in marketing cotton.

21. Lillian Smith Dehnisch
    18669 FM 630
    Mathis, Texas 78368
    (361) 547-2563
    Mrs. Dehnisch has experience in marketing in the Rio Grande Valley.

22. Ruby McCarron
    MAY STAFFORD ESTATE
    647 South 3rd
    Raymondville, Texas
    Ms. McCarron is a landlord of Swanberg Farms. Some of her cotton was marketed by Alazan in 1998.

23. Ofelia Hinojosa
    Route 2
    Lyford, Texas
    (956) 743-5696
    Ms. Hinojosa is a landlord of the Swanberg partnership. Some of her cotton was marketed by Alazan in 1998.

24. Sheri M. Swanberg
    SWANBERG FARMS
    Rt. 2, Box 295-C
    Lyford, Texas 78569
    (956) 743-5677
    Defendant and has knowledge of the incident made the basis of this lawsuit.

Respectfully submitted,

Rex N. Leach
U.S.D.C No. 8244
State Bar No. 12086300
**ATLAS & HALL, L.L.P.**
818 Pecan (78501)
P. O. Drawer 3725
McAllen, Texas 78502
(956) 682-5501
Telefax No. (956) 686-6109
**ATTORNEY-IN-CHARGE FOR DEFENDANTS/CROSS-PLAINTIFFS SWANBERG FARMS, ET AL**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___27th___ day of ___May___, 2004, a true and correct copy of the foregoing document has been delivered by telefax communication, to all Counsel of record as follows:

Jerry L. Stapleton
**STAPLETON, CURTIS & BOSWELL, L.L.P.**
515 East Harrison, Suite A
Harlingen, Texas 78550
and
Harlin C. Womble, Jr.
**JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.**
500 North Shoreline, Suite 900N
Corpus Christi, Texas 78471
**ATTORNEYS FOR DEFENDANT ALAZAN GIN CO.**

Marshall R. Ray
**RANSOME AND RAY, P.C.**
550 East Levee Street
Brownsville, Texas 78520-5343
**ATTORNEY FOR PLAINTIFF WELLS FARGO BANK TEXAS, N.A.**

_____
**Rex N. Leach**