United States District Court
Southern District of Tx.
FILED

MAY 2 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SWANBERG FARMS | § | C.A. B-04-083 |
| | § | |
| VS. | § | (Adversary |
| | § | No. 02-07012) |
| CHUCK CROWLEY, d/b/a | § | |
| GEORGE D. BENNETT & CO., INC. | § | A JURY IS DEMANDED |

**ALAZAN GIN COMPANY'S OBJECTION TO THE EXHIBITS
OF WELLS FARGO BANK TEXAS, N.A. AND
SWANBERG FARMS, A PARTNERSHIP, DERRICK R. SWANBERG,
HOLLIS C. SWANBERG, AND SHERI MARIE SWANBERG**

TO THE UNITED STATES DISTRICT JUDGE:

ALAZAN GIN COMPANY, a Defendant in the above referenced proceeding (herein "Alazan"), files these Objections to the Exhibits of Wells Fargo Bank Texas, N.A. and Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, and Sheri Marie Swanberg (herein "Plaintiffs), as follows:

1. **Alazan objects to Plaintiffs' Exhibit 1** on the following grounds:

The document is a photocopy that has printed contract language cut-off apparently in the copying process. Alazan objects only to this copy, and not to the original document or a complete copy thereof.

2. **Alazan objects to Plaintiffs' Exhibit 2** on the following grounds:

The document is a photocopy that has printed contract language cut-off apparently in the copying process. Alazan objects only to this copy, and not to the original document or a complete copy thereof.

3. **Alazan objects to Plaintiffs' Exhibit 4** on the following grounds:

The document is a photocopy that has printed contract language cut-off apparently in the copying process.  Alazan objects only to this copy, and not to the original document or a complete copy thereof.

    4.    **Alazan objects to Plaintiffs' Exhibit 6** on the following grounds:

The document is a multi-page document.  However only one page is included in the Exhibit and is therefore incomplete.   Alazan objects only to this incomplete copy, and not to the original document or a complete copy thereof.

    5.    **Alazan objects to Plaintiffs' Exhibit 10** on the following grounds:

    a.    Such document was not produced in any pre-trial proceeding or document production in this case, and Alazan has not had the opportunity to authenticate this document, to obtain all underlying documents which were used in, or from which information was obtained, in creating this document, nor has Alazan had the opportunity to examine a witness with respect to whether or not this summary was prepared from business records or with respect to the contents thereof.  Accordingly, Alazan is unfairly surprised and prejudiced by the late production of this document and seeks an order preventing same from being offered or discussed in the trial of this case.

    b.    Such document purports to be a computer summary of calculations arising from underlying documents, including advances, payments, and other document not produced in this case., Alazan has not had the opportunity to authenticate each of the underlying documents, to obtain all underlying documents which were used in, or from which information was obtained, in creating this document, nor has Alazan had the opportunity to examine a witness with respect to whether or not this summary was prepared from business records or with respect to the contents thereof.  Accordingly,

Alazan is unfairly surprised and prejudiced by the late production of this document and seeks an order preventing same from being offered or discussed in the trial of this case.

     c.     The Exhibit was not included in Plaintiffs' Pre-Trial Statement.

6.    **Alazan objects to Plaintiffs' Exhibit 16** on the following grounds:

The document is an unsigned photocopy of a similar agreement (Alazan Defendant's Exhibit 108) and is unauthenticated and incomplete. Alazan objects only to this copy, and not to the original signed document or a complete copy thereof as set out in Alazan's Exhibit 108.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Adm. No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Adm. No. 8959
***Jordan, Hyden, Womble & Culbreth***
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

**ATTORNEY FOR DEFENDANT,
ALAZAN GIN CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by facsimile and First Class United States Mail, postage prepaid, on this the 28 day of May, 2004.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
**Via Fax: (956) 686-6109**

Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243
**Via Fax: (956) 542-3698**

Shelby Jordan