United States District Court
Southern District of Texas
FILED

JUN 0 2 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-04-083    DATE & TIME: 6/1/04 @ 2:08 - 4:38 p.m.
COUNSEL:

| | | |
|---|---|---|
| WELLS FARGO BANK | § | Marshall Ray / Elizabeth Guerrero Christ |
| SWANBERG FARMS, ET AL | § | Rex Leach |
| VS | § | |
| ALAZAN GIN | § | Shelby Jordan / Jerry Stapleton |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa / Harelson

Case called on the docket. Marshall Ray, Elizabeth Guerrero Christ appeared for Wells Fargo. Rex Leach appeared for Swanberg Farms, et al. Shelby Jordan & Jerry Stapleton appeared for Deft. All parties announced present and ready.

Court addresses several legal issues.

Plaintiff's, Wells Fargo, Motion in Limine (DE #13) is addressed and is granted in part and denied in part.

Defendant's Motion in Limine (DE #11) is addressed and is granted in part and denied in part.

Plaintiff's, Wells Fargo, Objection to Exhibits offered by Deft (DE #14) is granted in part and denied in part. Defendant's Objection to Exhibits by Plaintiffs (DE #12) is granted in part and denied in part. With the exception of objections ruled on, all other exhibits are admitted.

Counsel to do voir dire. Jury to be six (6) members. Jury Selection is set for 6/3/04 @ 9:00 a.m. but counsel are requested to be present by 8:30 a.m. to take up any pending matters prior to jury selection.

Court is adjourned.