JUDGE___ANDREW  S.  HANEN
CASE MANAGER__Irma A.  Soto
REPORTER__Barbara Barnard
LAW CLERK:___Michele O'Leary
D.U.S.M.__CSO-Harelson

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

TIME:__8:40 - 12:00  noon__          DATE__June 3, 2004

CIVIL ACTION  NO. B-04-083

| | | |
|---|---|---|
| WELLS FARGO BANK | § | Marshall Ray / Elizabeth Guerrero Christ |
| SWANBERG FARMS, ET AL | § | Rex Leach |
| Vs. | § | |
| ALAZAN GIN | § | Shelby Jordan / Jerry Stapleton / Mike Urbish |

## JURY SELECTION

**All parties appeared and announced ready for jury selection.**

■ Voir Dire commenced and concluded. ETT-___5___ days.

■ Excuses for cause-**GRANTED**: **Juror #15-Sterling Gray; #26-Francisca Morales;& #18-Raul Benavides;**
Excuses for cause-**DENIED**: **Juror #8-Beatrice G. Rosenbaum and #Prasad Movva**;   so ordered.

■    Jury Selected.

■    Case set for trial to begin on __June 14, 2004__ @ __9:00 a.m.__ before Judge Hanen.
     Counsel to report  at 8:30 a.m.

■    Court is adjourned.