19

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

Jurors Selected on __JUNE 3, 2004__  Case # __B-04-CV-083__

Case Style __WELLS FARGO, ET AL VS ALAZAN GIN CO.__

Jury Trial Date __JUNE 14, 2004__

Judge __ANDREW S. HANEN__  Time __9:00 A.M.__

JUROR'S NAMES:

1. GINA GONZALEZ

2. DAVE LLOYD DOUGLAS

3. EFRAIN GUERRERO

4. RUTH J. LENNEP

5. LUIS E. CASTILLO

6. NINFA RIVERA