JUDGE   ANDREW S. HANEN
CASE MANAGER   Irma A. Soto
REPORTER   Barbara Barnard        LAW CLERK:   Michele O'Leary
D.U.S.M.   CSO-Figueroa            INTERPRETER   Not Used

TIME:  8:45 - 12:00 noon    1:30 - 5:00   P.M.   DATE   6/14/04

United States District Court
Southern District of Texas
FILED
JUN 14 2004
Michael N. Milby
Clerk of Court

C.A. B-04-083

| WELLS FARGO BANK | § Marshall Ray / Elizabeth Guerrero Christ |
| SWAMBERG FARMS, ET AL | § REX LEACH |
| Vs. | § |
| ALAZAN GIN | § Shelby Jordan/Jerry Stapleton/Michael Urbis |

## 1ST DAY OF JURY TRIAL

**All parties announced present and ready.** Court addresses several matters outside the presence of the jury.  Deft's exhibit 12 is admitted in lieu of Exhibit 10 (exhibits 10 & 12 are duplicates).

Defendant's Objection to Trial of "Seller's Agent" Claims, Deft's Offer of Deposition Testimony of Joe Tubb, Deft's Offer of Deposition Testimony of David R. Fields, Deft's Offer of Deposition Testimony of David Stanford filed by Defendant.

Deposition Excerpts to be Used in Lieu of Testimony, Proposed Jury Charge, and Plaintiff's Requested Definitions and Requested Questions filed by Plaintiff, Wells Fargo.

■ Rule invoked. Witness sworn in.    ■ Jury brought in and sworn in.    ■ Jury Trial begins.
■ Court instructs jury.       ■ Opening statements made by counsel.
■ Plaintiff, Wells Fargo, presents evidence. Witnesses for the Plaintiff, Wells Fargo:  Raymond Cisneros, Jr.-Witness sworn in.
■ Lunch recess until 1:30 p.m.
■ Trial resumed. Witness Cisneros continues to testify. Testimony concluded.
■ Plaintiff, Wells Fargo, calls its next witness, Brad Buchanan. Witness sworn in. Testimony concluded. Witness excused.
■ Plaintiff, Wells Fargo, calls its next witness, Frances Rodriguez. Witness sworn in.
■ Jury excused until 6/15/04 @ 9:00 a.m.
■ Court adjourned; exhibits secured.
■ Court to reconvened on  **June 15, 2004**  at  **9:00 a.m.**  .