IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SWANBERG FARMS | § | C.A. B-04-083 |
| | § | |
| VS. | § | (Adversary |
| | § | No. 02-07012) |
| CHUCK CROWLEY, d/b/a | § | |
| GEORGE D. BENNETT & CO., INC. | § | A JURY IS DEMANDED |

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

## ALAZAN GIN COMPANY'S OFFER OF DEPOSITION TESTIMONY OF JOE TUBB

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

ALAZAN GIN COMPANY, Defendant, may offer the following testimony from the deposition of JOE TUBB taken April 3, 2001.

> Page 15, Line 21 through Page 16, Line 20
> Page 17, Line 11 through Line 16
> Page 18, Line 1 through Line 3
> Page 19, Line 9 through Page 20, Line 3
> Page 24, Line 24 through Page 26, Line 11
> Page 41, Line 8 through Line 17
> Page 41, Line 25 through Page 42, Line 6
> Page 78, Line 23 through Page 80, Line 23
> Page 82, Line 10 through Page 83, Line 6
> Page 88, Line 2 through Line 12
> Page 93, Line 2 through Page 96, Line 23
> Page 125, Line 19 through Page 126, Line 5

Respectfully submitted,

*[signature]*

Shelby A. Jordan
State Bar No. 11016700
Adm. No. 2195
***Jordan, Hyden, Womble & Culbreth***
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

ATTORNEY IN CHARGE FOR DEFENDANT,
ALAZAN GIN CO.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by facsimile, on this the 9th day of June, 2004.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
**Via Fax: (956) 686-6109**

Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243
**Via Fax: (956) 542-3698**

*[signature]*

Shelby Jordan