23

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 14 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SWANBERG FARMS | § | C.A. B-04-083 |
| | § | |
| VS. | § | (Adversary No. 02-07012) |
| | § | |
| CHUCK CROWLEY, d/b/a GEORGE D. BENNETT & CO., INC. | § § | A JURY IS DEMANDED |

**ALAZAN GIN COMPANY'S OFFER OF DEPOSITION TESTIMONY OF DAVID ROBERT FIELDS**

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

ALAZAN GIN COMPANY, Defendant, may offer the following testimony from the deposition of DAVID ROBERT FIELDS taken November 16, 2001

Page 4, Line 6 through Line 7
Page 10, Line 3 through Line 6
Page 12, Line 4 through Line 18
Page 17, Line 24 through Page 18, Line 16
Page 21, Line 19 through Page 23, Line 17
Page 24, Line 25 through Page 25, Line 13
Page 27, Line 15 through Line 20
Page 28, Line 11 through Line 22
Page 29, Line 4 through Line 12
Page 32, Line 2 through Line 11
Page 51, Line 4 through Line 10
Page 64, Line 14 through Page 66, Line 13
Page 68, Line 4 through Line 19
Page 70, Line 16 through Page 71, Line 6
Page 75, Line 8 through Page 76, Line 9
Page 94, Line 2 through Line 18
Page 95, Line 10 through Page 96, Line 6
Page 98, Line 22 through Page 111, Line 2
Page 114, Line 12 through Page 118, Line 1

Page 123, Line 3 through Page 124, Line 13

Page 131, Line 3 through Line 14

Page 134, Line 18 through Page 135, Line 7

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Adm. No. 2195
***Jordan, Hyden, Womble & Culbreth***
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

ATTORNEY IN CHARGE FOR DEFENDANT,
ALAZAN GIN CO.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by facsimile, on this the 9th day of June, 2004.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
**Via Fax: (956) 686-6109**

Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243
**Via Fax: (956) 542-3698**

Shelby Jordan