United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SWANBERG FARMS | § | C.A. B-04-083 |
| | § | |
| VS. | § | (Adversary |
| | § | No. 02-07012) |
| CHUCK CROWLEY, d/b/a | § | |
| GEORGE D. BENNETT & CO., INC. | § | A JURY IS DEMANDED |

## ALAZAN GIN COMPANY'S OFFER OF DEPOSITION TESTIMONY OF DAVID STANFORD

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

ALAZAN GIN COMPANY, Defendant, may offer the following testimony from the deposition of DAVID STANFORD taken May 29, 2002.

> Page 6, Line 18 through Line 19
> Page 34, Line 20 through Page 35, Line 6
> Page 36, Line 18 through Page 37, Line 7
> Page 40, Line 21 through Page 41, Line 2
> Page 42, Line 18 through Page 54, Line 23
> Page 60, Line 25 through Page 61, Line 9
> Page 68, Line 15 through Page 69, Line 21

Respectfully submitted,

_____
Shelby A. Jordan
State Bar No. 11016700
Adm. No. 2195
***Jordan, Hyden, Womble & Culbreth***
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

ATTORNEY IN CHARGE FOR DEFENDANT,
ALAZAN GIN CO.

---

Alazan Gin's Deposition Excerpts

Page 1.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by facsimile, on this the 9th day of June, 2004.

Rex N. Leach
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
**Via Fax: (956) 686-6109**

Marshall R. Ray
RANSOME AND RAY, P.C.
550 E. Levee Street
Brownsville, Texas 78520-5243
**Via Fax: (956) 542-3698**

_____
Shelby Jordan