IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SWANBERG FARMS, A Partnership, § <br> DERRICK R. SWANBERG, § <br> HOLLIS C. SWANBERG, § <br> SHERI MARIE SWANBERG, § <br> ALAZAN GIN CO., § <br> JOHNSTON COTTON CO., INC. § <br> T.J. BEALL COMPANY, § <br> HOHENBERG BROS. COMPANY AND § <br> LISA J. NICHOLS, AS TRUSTEE FOR § <br> THE BANKRUPTCY ESTATE OF § <br> GEO. D. BENNETT & CO., INC. § | C.A.B.-04-083 | United States District Court <br> Southern District of Texas <br> FILED <br> JUN 1 4 2004 <br> Michael N. Milby <br> Clerk of Court |

## DEPOSITION EXCERPTS TO BE USED IN LIEU OF TESTIMONY

TO:   DEFENDANT ALAZAN, by and through its attorney of record:

Shelby Jordan
Harlin C. Womble, Jr.
Jordan, Hyden, Womble & Culbreth, P.C.
Bank of America Building
500 N. Shoreline, Suite 900N
Corpus Christi, Texas 78471

Jerry Stapleton
Stapleton, Curtis & Boswell, L.L.P
515 E. Harrison St.
Harlingen, Texas 78550

I.

Plaintiff, Wells Fargo Bank Texas, N.A. intends to use the following deposition excerpts in lieu of live testimony:

| CASE PROCEEDING | DEPONENT | DATE | PAGES | LINES |
|---|---|---|---|---|
| Cause No. 2000-08-3165-A; *Wells Fargo vs. Swanberg et. al.* | Joe Tubb | 04/03/2001 | 5 <br> 6 <br> 7 <br> 8 <br> <br> 9 - 12 <br> 13 | 23 - 25 <br> 1 - 8 <br> 24 - 25 <br> 1 - 6 <br> 18 - 25 <br> 1 - 25 <br> 1 - 18 |

| CASE PROCEEDING | DEPONENT | DATE | PAGES | LINES |
|---|---|---|---|---|
| | Joe Tubb (cont'd) | 04/03/2001 | 17 | 6 - 25 |
| | | | 18 - 19 | 1 - 25 |
| | | | 20 | 1 - 3 |
| | | | 21 | 14 - 25 |
| | | | 22 | 1 - 25 |
| | | | 23 | 1 - 7 |
| | | | 28 - 33 | 1 - 25 |
| | | | 34 | 1 - 12 |
| | | | 37 | 14 - 23 |
| | | | 38 | 25 |
| | | | 39 - 40 | 1 - 25 |
| | | | 41 | 1 - 7 |
| | | | 42 | 1 - 8 |
| | | | 72 | 15 - 23 |
| | | | 82 | 10 - 12 |
| | | | 115 | 3 - 25 |
| | | | 116 - 117 | 1 - 25 |
| | | | 118 | 1 - 10 |
| | | | | 12 - 13 |
| | | | | 15 - 25 |
| | | | 119 - 121 | 1 - 25 |
| | | | 122 | 1 - 22 |
| | | | 123 | 24 - 25 |
| | | | 124 | 1 - 11 |
| Cause No. 2000-08-3165-A; *Wells Fargo vs. Swanberg et. al.* | David Fields | 11/16/2001 | 4 | 6 - 7 |
| | | | | 12 - 14 |
| | | | 5 | 11 - 18 |
| | | | 6 | 11 - 25 |
| | | | 7 | 1 - 25 |
| | | | 8 | 7 - 24 |
| | | | 11 | 19 - 25 |
| | | | 12 | 1 - 18 |
| | | | 16 | 20 - 25 |
| | | | 17 - 21 | 1 - 25 |
| | | | 22 | 1 - 20 |
| | | | 47 | 13 - 25 |
| | | | 48 | 1 - 11 |
| | | | 71 | 1 - 22 |
| | | | 117 | 21 - 25 |
| | | | 118 | 1 - 14 |
| | | | 125 - 130 | 1 - 25 |
| | | | 131 | 1 - 6 |
| | | | | 17 - 25 |
| | | | 132 | 1 - 25 |

| CASE PROCEEDING | DEPONENT | DATE | PAGES | LINES |
|---|---|---|---|---|
|  | David Fields (cont'd) | 11/16/2001 | 133<br>137<br>148<br>149<br>150 | 1 - 8<br>1 - 9<br>11 - 25<br>1 - 25<br>1 - 13 |
| Cause No. 2000-08-3165-A; *Wells Fargo vs. Swanberg et. al.* | David Stanford | 05/29/2002 | 6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>20<br>25<br>26<br>27<br>28<br>29<br>30<br>31<br>34<br>63<br>64<br>65<br>66<br>67<br>68<br>69<br>70<br>71<br>72<br>75<br>76 | 12 - 21<br>21 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 9<br>4 - 24<br>5 - 23<br>19 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 20<br>8 - 19<br>18 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>1 - 25<br>25<br>1 - 21<br>14 - 25<br>1 - 17<br>25<br>1 - 6 |

## CERTIFICATE OF SERVICE

I, Elizabeth Guerrero Christ, hereby certify that on June 9, 2004, a true and correct copy of the foregoing Plaintiff, Wells Fargo Bank Texas, N.A.'s *Deposition Excerpts To Be Used In Lieu Of Testimony* was sent by facsimile and postage-paid, United States First Class mail to the following:

| | |
|---|---|
| Harlin Womble<br>Jordan, Hyden, Womble & Culbreth<br>500 North Shoreline Blvd., Suite 900<br>Corpus Christi, Texas 78471 | **Facsimile: (361) 888-5555**<br>**& First Class Mail** |
| Jerry Stapleton<br>Stapleton, Curtis & Boswell<br>P.O. Box 2644<br>Harlingen, Texas 78502 | **Facsimile: (956) 428-9283**<br>**& First Class Mail** |
| Rex Leach<br>ATLAS & HALL, L.L.P.<br>P.O. Box 3725<br>McAllen, Texas 78502 | **Facsimile: (956) 686-6109**<br>**& First Class Mail** |

Elizabeth Guerrero Christ