United States District Court
Southern District of Texas
FILED

JUN 1 5 2004

~~Michael~~ N. Milby
Clerk of Court

JUDGE____ANDREW  S. HANEN_____
CASE MANAGER__Rosy D'Venturi_____
REPORTER__Barbara Barnard_____  LAW CLERK:__Michele O'Leary_____
D.U.S.M.__CSO-Figueroa_____  INTERPRETER____Not Used_____

TIME:__9:38 - 11:16 A.M._____P.M.   DATE____6/15/04_____

_____C.A.  B-04-083_____

| | |
|---|---|
| WELLS FARGO BANK | § _Marshall Ray / Elizabeth Guerrero Christ_ |
| SWAMBERG FARMS, ET AL | § REX LEACH |
| Vs. | § |
| ALAZAN GIN | § _Shelby Jordan/Jerry Stapleton/Michael Urbis_ |

### 2ND  DAY OF JURY  TRIAL

**All parties  present and ready.**

■ Case called 9:38 a.m.
■ Recess 9:40 a.m.
■ Attorney's met with Judge in Chambers.
■ Trial reconvened at 10:11 a.m.
■ Plaintiff, Wells Fargo, announced that a settlement had been reached.
■ Documents shall be submitted within 10 days to the Court.
■ Witness, Francis Rodriguez, released.
■ Deft., Alazan Gin, Oral Motion to withdraw all exhibits/no opposition from the Plaintiff/Motion Granted.
■ Court adjourned; exhibits returned.