IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| SWANBERG FARMS, A Partnership, § | | |
| DERRICK R. SWANBERG, § | | |
| HOLLIS C. SWANBERG, § | | |
| SHERI MARIE SWANBERG, § | C.A.B.-04-083 | |
| ALAZAN GIN CO., § | | |
| JOHNSTON COTTON CO., INC. § | | |
| T.J. BEALL COMPANY, § | | |
| HOHENBERG BROS. COMPANY AND § | | |
| LISA J. NICHOLS, AS TRUSTEE FOR § | | |
| THE BANKRUPTCY ESTATE OF § | | |
| GEO. D. BENNETT & CO., INC. § | | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE ANDREW HANEN:

COME NOW, WELLS FARGO BANK TEXAS, N.A., Plaintiff together with Alazan Gin Co., Swanberg Farms, A Partnership, Hollis C. Swanberg, Derrick R. Swanberg, and Sheri Swanberg, and Hohenberg Bros. Co. Defendants and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) and would show the following:

1. Wells Fargo Bank Texas, N.A. is the Plaintiff in the lawsuit styled *Wells Fargo Bank Texas, N.A. vs. Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg, Alazan Gin Co., Johnston Cotton Co., Inc., T.J. Beall Company, Hohenberg Bros. Co. and Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc.* At this time, the Defendants in interest are Alazan Gin Co.,

1

Swanberg Farms, A Partnership, Hollis C. Swanberg, Derrick R. Swanberg, Sheri Swanberg, and Hohenberg Bros. Co.

2. On August 3, 2000, Plaintiff brought suit against Defendant Swanberg Farms, A Partnership, Hollis C. Swanberg, Derrick R. Swanberg, Sheri M. Swanberg for default in payment of promissory notes and breach of guarantee. Within the same suit, Plaintiff alleged negligence and conversion claims against Defendant Alazan. Plaintiff also alleged conversion claims against Defendant Hohenberg.

3. The lawsuit was consolidated with another suit styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.*

4. In the latter suit, Swanberg Farms, Plaintiff, asserted breach of contract and alter ego claims against Geo. D. Bennett & Co., Inc. and Chuck Crowley.

5. Plaintiffs move to dismiss the suits.

6. Defendants, who have answered, agree to the dismissal, including the dismissal of any and all cross-actions or counterclaims pending between them.

7. These cases are not class actions.

8. Receivers were not appointed in this action.

9. Plaintiffs have not dismissed actions based on or including the same claims as those presented in these suits.

10. The dismissal for the lawsuit styled *Wells Fargo Bank Texas, N.A. vs. Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg, Alazan Gin Co., Johnston Cotton Co., Inc., T.J. Beall Company, Hohenberg Bros. Co. and Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc.*

is dismissed as to Defendants Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg and Alazan Gin Co., Johnston Cotton Co., T.M. Beall and Hohenberg Bros. Co. with prejudice and as to Defendant Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc. without prejudice.

11. The dismissal for the lawsuit styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is without prejudice.

12. Each party agrees to pay its own attorney's fees and court costs.

Respectfully submitted,

**WELLS FARGO BANK TEXAS, N.A.**

Marshall R. Ray
State Bar No. 16606100
Fed. Bar No. 2265
Ransome & Ray, P.C.
550 E. Levee St.
Brownsville, Texas 78520
Telephone: (956) 542-3642
Fax: (956) 542-3698


**ALAZAN GIN COMPANY**

Shelby A. Jordan
State Bar No. 11016700
Fed. Bar No. 2195
Jorden, Hyden, Womble, Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Fax: (361) 888-5555

**SWANBERG FARMS, A Partnership**
**HOLLIS SWANBERG, Individually,**
**DERRICK SWANBERG, Individually**
**SHERI SWANBERG, Individually**

_____
Rex Leach
State Bar No. 12086300
Fed. No. 8244
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Fax: (956) 686-6109

**HOHENBERG BROS. COMPANY**

_____
Marjory Batsell
State Bar No. 4631400
Fed. 3983
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas 78520
Phone: (956) 542-7441
Fax: (956) 541-2170

**SWANBERG FARMS, A Partnership
HOLLIS SWANBERG, Individually,
DERRICK SWANBERG, Individually
SHERI SWANBERG, Individually**

---

Rex Leach
State Bar No. 12086300
Fed. No. 8244
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Fax: (956) 686-6109

**HOHENBERG BROS. COMPANY**

---

Marjory Batsell
State Bar No. 4631400
Fed. 3983
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas 78520
Phone: (956) 542-7441
Fax: (956) 541-2170

4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. Plaintiff, | § § § § § | |
| vs. | § § | |
| SWANBERG FARMS, A Partnership, DERRICK R. SWANBERG, HOLLIS C. SWANBERG, SHERI MARIE SWANBERG, ALAZAN GIN CO., JOHNSTON COTTON CO., INC. T.J. BEALL COMPANY, HOHENBERG BROS. COMPANY AND LISA J. NICHOLS, AS TRUSTEE FOR THE BANKRUPTCY ESTATE OF GEO. D. BENNETT & CO., INC. | § § § § § § § § § § § § | C.A.B.-04-083 |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Stipulation to Dismiss, the Court hereby GRANTS the Stipulation and

IT IS THEREFORE ORDERED that the case styled *Wells Fargo Bank Texas, N.A. vs. Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg, Alazan Gin Co., Johnston Cotton Co., Inc., T.J. Beall Company, Hohenberg Bros. Co. and Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc.* is dismissed as to Defendants Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg and Alazan Gin Co., Johnston Cotton Co., T.M. Beall and Hohenberg Bros. Co. with prejudice and as to Defendant Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc. without prejudice.

6

IT IS FURTHER ORDERED that the case styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is dismissed without prejudice.

IT IS FURTHER ORDERED that all parties pay its own attorney's fees and court costs.

SIGNED June _____, 2004.

_____
JUDGE ANDREW HANEN


APPROVED & ENTRY REQUESTED:

*/s/ Marshall R. Ray*
_____
Marshall R. Ray

*/s/ Shelby Jordan*
_____
Shelby Jordan


_____
Rex Leach


_____
Marjory Batsell

IT IS FURTHER ORDERED that the case styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is dismissed without prejudice.

IT IS FURTHER ORDERED that all parties pay its own attorney's fees and court costs.

SIGNED June _____, 2004.

_____
JUDGE ANDREW HANEN


APPROVED & ENTRY REQUESTED:

*/s/ Marshall R. Ray*
_____
Marshall R. Ray

_____
Shelby Jordan

_____
Rex Leach

*/s/ Holley Swanberg*

*/s/ Sheri Swanberg*

_____
Marjory Batsell

7

IT IS FURTHER ORDERED that the case styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is dismissed without prejudice.

IT IS FURTHER ORDERED that all parties pay its own attorney's fees and court costs.

SIGNED June _____, 2004.

_____
JUDGE ANDREW HANEN

APPROVED & ENTRY REQUESTED:

*/s/ Marshall R. Ray*
Marshall R. Ray

_____
Shelby Jordan

_____
Rex Leach

*/s/ Marjory Batsell*
Marjory Batsell