IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| SWANBERG FARMS, A Partnership, | § | |
| DERRICK R. SWANBERG, | § | |
| HOLLIS C. SWANBERG, | § | |
| SHERI MARIE SWANBERG, | § | C.A.B.-04-083 |
| ALAZAN GIN CO., | § | |
| JOHNSTON COTTON CO., INC. | § | |
| T.J. BEALL COMPANY, | § | |
| HOHENBERG BROS. COMPANY AND | § | |
| LISA J. NICHOLS, AS TRUSTEE FOR | § | |
| THE BANKRUPTCY ESTATE OF | § | |
| GEO. D. BENNETT & CO., INC. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Stipulation to Dismiss, the Court hereby GRANTS the Stipulation and

IT IS THEREFORE ORDERED that the case styled *Wells Fargo Bank Texas, N.A. vs. Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg, Alazan Gin Co., Johnston Cotton Co., Inc., T.J. Beall Company, Hohenberg Bros. Co. and Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc.* is dismissed as to Defendants Swanberg Farms, A Partnership, Derrick R. Swanberg, Hollis C. Swanberg, Sheri Marie Swanberg and Alazan Gin Co., Johnston Cotton Co., T.M. Beall and Hohenberg Bros. Co. with prejudice and as to Defendant Lisa J. Nichols, as Trustee for the Bankruptcy Estate of Geo. D. Bennett, Inc. without prejudice.

6

IT IS FURTHER ORDERED that the case styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is dismissed without prejudice.

IT IS FURTHER ORDERED that all parties pay its own attorney's fees and court costs.

SIGNED ~~June~~ _____, 2004.

_____
JUDGE ANDREW HANEN


APPROVED & ENTRY REQUESTED:

_____
Marshall R. Ray

_____
Shelby Jordan

_____
Rex Leach

_____
Marjory Batsell

7

IT IS FURTHER ORDERED that the case styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is dismissed without prejudice.

IT IS FURTHER ORDERED that all parties pay its own attorney's fees and court costs.

SIGNED ~~June~~ _____, 2004.

_____
JUDGE ANDREW HANEN


APPROVED & ENTRY REQUESTED:

_____
Marshall R. Ray


_____
Shelby Jordan


_____
Rex Leach


_____
Marjory Batsell

IT IS FURTHER ORDERED that the case styled *Swanberg Farms, A Partnership vs. Chuck Crowley d/b/a Geo. D. Bennett & Co., Inc.* is dismissed without prejudice.

IT IS FURTHER ORDERED that all parties pay its own attorney's fees and court costs.

SIGNED ~~June~~ August 12, 2004.

_____
JUDGE ANDREW HANEN


APPROVED & ENTRY REQUESTED:

_____
Marshall R. Ray

_____
Shelby Jordan

_____
Rex Leach


_____
Marjory Batsell

7